UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD SCHOEN                             :

v.                                      : NO. 3:02cv1579 (JBA)

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY                  :

FILED
Oct 16  12 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### NOTICE TO PRO SE PLAINTIFF

    Your complaint was filed on September 6, 2002. Under Rule 4 of the Federal Rules of Civil Procedure, you were required to serve the summons and complaint on defendant within 120 days. No return of service has been filed by you showing compliance with this requirement.

    Accordingly, you are hereby notified that the Court will dismiss your case without prejudice on October 31, 2003, unless you show good cause for your failure to serve, which must be filed no later than October 29, 2003.

IT IS SO ORDERED.



Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **October 16, 2003**