UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 5  2 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SCHOEN                  :

v.                      :   NO. 3:02cv1579 (JBA)

IRS                     :

ORDER OF DISMISSAL

By Notice dated 10/16/03, plaintiff was directed to show cause by 10/29/03 why service had not been timely made, or his case would be dismissed.

No action having been taken by pro se plaintiff Todd Schoen in response, it is hereby ordered that this action be and hereby is DISMISSED, without costs to any party.

IT IS SO ORDERED.

/s/ Janet Bond Arterton
JANET BOND ARTERTON, U.S.D.J.

Dated at New Haven, Connecticut: **November 05, 2003**